UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Melissa Dehoop v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:13-cv-10144-DRH-PMF |
| *Kari Den Hollander, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-12595-DRH-PMF |
| *Nicole Laporte v. Bayer HealthCare Pharmaceuticals Inc., et al.*[1] | No. 3:12-cv-10637-DRH-PMF |
| *Meredith Larkin v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:12-cv-10639-DRH-PMF |
| *Lorrie Lavery, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-13448-DRH-PMF |
| *Malinda Mounts, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-10992-DRH-PMF |
| *Theresa Simione v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:12-cv-10345-DRH-PMF |
| *Donna Stewart, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-11121-DRH-PMF |
| *Lisa Wnuk, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:12-cv-10215-DRH-PMF |
| *Michelle Bailey v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:13-cv-10199-DRH-PMF |
| *Teresa Boggs v. Bayer HealthCare Pharmaceuticals Inc., et al.*[2] | No. 3:12-cv-11164-DRH-PMF |
| *Amanda Brannen v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:13-cv-10725-DRH-PMF |

---

[1] Plaintiff a/k/a Nicole Laporte Baez.
[2] Plaintiff n/k/a Teresa Thomas-Harris.

| | |
|---|---|
| *Natalie Cook v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-10787-DRH-PMF |
| *Anna Price, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-11076-DRH-PMF |
| *Martha Babbitt v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:12-cv-11442-DRH-PMF |
| *Constance L. Bauer, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-11999-DRH-PMF |
| *Laquita Coates v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:12-cv-10144-DRH-PMF |
| *Joedy Coleman v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:12-cv-10147-DRH-PMF |
| *Nora Dimas v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-12124-DRH-PMF |
| *Tracy Katz v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-11140-DRH-PMF |
| *Ginger A. Sierra-Elledge v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:12-cv-10142-DRH-PMF |
| *Elaine Walker, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-11192-DRH-PMF |
| *Cassie Benham v. Bayer Corporation, et al.* | No. 3:11-cv-20079-DRH-PMF |
| *Kimberly Abrams v. Bayer Corporation, et al.* | No. 3:10-cv-11877-DRH-PMF |
| *Denielle Batts v. Bayer Corporation, et al.* | No. 3:10-cv-11866-DRH-PMF |
| *Terry Etheridge v. Bayer Corporation, et al.* | No. 3:11-cv-10664-DRH-PMF |
| *Daisy Hitchcox v. Bayer Corporation, et al.* | No. 3:10-cv-13855-DRH-PMF |
| *Adrienne Holt v. Bayer Corporation, et al.*[3] | No. 3:10-cv-11973-DRH-PMF |
| *Sharee Krieger v. Bayer Corporation, et al.* | No. 3:10-cv-12343-DRH-PMF |
| *Sherry McBee v. Bayer Corporation, et al.* | No. 3:10-cv-11334-DRH-PMF |
| *Tanya McKenzie v. Bayer Corporation, et al.* | No. 3:11-cv-13474-DRH-PMF |

---

[3] Plaintiff a/k/a Adrienne Holt Glisson.

| | |
|---|---|
| *Lori Ownby v. Bayer Corporation, et al.* | No. 3:10-cv-12042-DRH-PMF |
| *Gretchen Pemberton v. Bayer Corporation, et al.* | No. 3:11-cv-10324-DRH-PMF |
| *Bernadette Polux v. Bayer Corporation, et al.* | No. 3:11-cv-11848-DRH-PMF |
| *Christina Presley v. Bayer Corporation, et al.* | No. 3:10-cv-12339-DRH-PMF |
| *Dorienne Rhome v. Bayer Corporation, et al.* | No. 3:10-cv-11392-DRH-PMF |
| *Melinda Smith v. Bayer Corporation, et al.* | No. 3:10-cv-13278-DRH-PMF |
| *Breanna Stewart v. Bayer Corporation, et al.* | No. 3:11-cv-11630-DRH-PMF |
| *Danielle Stock v. Bayer Corporation, et al.* | No. 3:13-cv-10094-DRH-PMF |
| *Tracy Sullivan v. Bayer Corporation, et al.* | No. 3:10-cv-10070-DRH-PMF |
| *Melinda Voras v. Bayer Corporation, et al.* | No. 3:10-cv-12135-DRH-PMF |
| *Randi West v. Bayer Corporation, et al.* | No. 3:11-cv-11663-DRH-PMF |
| *Trudi Wichlacz v. Bayer Corporation, et al.* | No. 3:11-cv-11675-DRH-PMF |
| *Kristin Woodruff v. Bayer Corporation, et al.* | No. 3:12-cv-10617-DRH-PMF |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on April 3, 2015, the above captioned cases are

3

**DISMISSED** with prejudice. Each party shall bear their own costs.

                                        **JUSTINE FLANAGAN,**
                                        **ACTING CLERK OF COURT**

                                        **BY:**   */s/Caitlin Fischer*
                                                         **Deputy Clerk**

Digitally signed by David R. Herndon
Date: 2015.04.11 15:03:05 -05'00'

APPROVED:
      DISTRICT JUDGE
      U. S. DISTRICT COURT

4